# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **GREGORY WOODS**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13 C 2607 |
| ) | |
| **COOK COUNTY, ILLINOIS**, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

Before last week's retirement of this Court's long-term colleague and good friend Honorable John Grady, another colleague -- Honorable Amy St. Eve -- had been providing invaluable assistance in connection with the cases that had remained on Judge Grady's calendar. This action was among those cases, with Judge St. Eve's last ruling having been embodied in her December 19, 2014 memorandum opinion (Dkt. 57) that addressed the second motion to compel filed by counsel for plaintiff Gregory Woods ("Woods").

Shortly thereafter this District Court's Executive Committee ordered that the case be reassigned by lot to another District Judge, and that brought the action to this Court's calendar. This Court then had the case docket printed out and determined which of its entries appeared to have both historical and current relevance, but extensive activity in other cases already on its calendar prevented its active followup on the case until now, when this Court's civil trial that had occupied the last two weeks came to a close.

Unfortunately a current review of the case docket reflects no entries at all since Judge St. Eve's December 19 opinion, the conclusion of which read:

> The court grants plaintiff's Second Motion to Compel [50] in part and denies it in
> part.  The parties shall submit to the court an agreed proposed protective order,
> using this district's model order as a template, by January 7, 2015.  The defendants
> shall respond to Interrogatory No. 16 on or before January 9, 2015.

Because this District Court's LR 26.3 prohibits the filing of discovery materials absent a court order, this Court has no way of knowing whether defendants have complied with the last sentence of Judge St. Eve's December 19 opinion -- but it is certainly clear that the parties have not complied with the penultimate sentence of that opinion.  This Court again orders such compliance, this time to take place on or before February 12, and it sets a status hearing for 9 a.m. February 19, 2015 to discuss the future course of this litigation.

_____
Milton I. Shadur
Senior United States District Judge

Date:   February 6, 2015